**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL District of CA
(State)

Case number (If known): _____ Chapter 7

FILED
JAN 31 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___7A___ Deputy Clerk

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Coast Highway Ramfared trust

3. **Other names you know the debtor has used in the last 8 years**

   Ramin Monfared

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   35-7091552
   EIN

5. **Debtor's address**

   Principal place of business

   31423 Coast Hwy
   Number    Street

   #22

   Laguna Beach    Ca   92651
   City              State    ZIP Code

   Orange
   County

   Mailing address, if different

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   Location of principal assets, if different from principal place of business

   _____
   Number    Street

   _____
   City    State    ZIP Code

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor __Coast Highway Rainforest Trust__   Case number (if known) _____
       Name

6. **Debtor's website** (URL)  _____

7. **Type of debtor**
   - ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☒ Other type of debtor. Specify: __Trust__

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                         MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                         MM / DD / YYYY

### Part 3: Report About the Case

10. **Venue**

    Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205    Involuntary Petition Against a Non-Individual    page 2

Debtor **Coast Highway Ranfared Trust**  Case number (if known) _____

13. **Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Andy Andalibian | Money Owed | $250,000.00 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $250,000.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Andy Andalibian
P.O. Box 9933
New Port Beach, Ca 92660
714-883-7999

Name and mailing address of petitioner's representative, if any

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 01/31/2025

**Attorneys**

Printed name
Firm name, if any
Number  Street
City  State  ZIP Code
Contact phone _____ Email _____
Bar number
State

Signature of attorney
Date signed ___ MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

ANDY ANDALIBIAN
PO BOX 9933
NEWPORT BEACH CA 92660