

FILED & ENTERED

FEB 03 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Coast Highway Ramfared Trust,<br><br><br>                    Debtor(s). | Case No.: 8:25-bk-10282-SC<br><br>CHAPTER 7<br><br>**ORDER DIRECTING PETITIONING CREDITIOR TO APPEAR AND SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED**<br><br>Date:         February 13, 2025<br>Time:        11:00 a.m.<br>Courtroom:  5C |

  An involuntary petition was filed against Coast highway Ranfared Trust (the "Alleged Debtor") on January 31, 2025. The involuntary petition indicates that the Alleged Debtor is a "trust." Generally, a non-business trust is not eligible to be a debtor in bankruptcy. *See, e.g., Hunt v. TRC Props., Inc., (In re Hunt),* 160 B.R. 131, 135 (9th Cir. BAP 1993). This is the second involuntary petition filed against the Alleged Debtor The first was filed on January 3, 2025, as Case No. 8:23-bk-10013-SC, and dismissed by an order entered January 14, 2025, as Docket 8 in Case No. 8:23-bk-10013-SC.

      Accordingly, the Court finds good cause to require the petitioning creditor, Andy Andalibian ("Petitioning Creditor"), to appear on February 13, 2025, at 11:00 a.m. and show cause why the involuntary petition should not be dismissed as the Alleged Debtor does not appear to be eligible to be a debtor. A response to this order demonstrating why the Alleged Debtor is eligible to be a debtor in a chapter 7 proceeding and supported by admissible evidence must be filed by no later than 1:00 p.m. on February 10, 2025.

      **If a response is not timely filed, or a response is filed, but the Petitioning Creditor does not appear at the hearing, the involuntary petition will be dismissed without further notice or hearing.**

      IT IS SO ORDERED.

Date: February 3, 2025

Scott C. Clarkson
United States Bankruptcy Judge

-3-

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) ORDER DIRECTING PETITIONING CREDITIOR TO APPEAR AND SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

SERVED BY THE COURT A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Petitioning Creditor
Andy Andalibian
PO Box 9933
Newport Beach, CA 92660