United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-10282-SC |
| Coast Highway Ramfared Trust | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 03, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Coast Highway Ramfared Trust, 31423 Coast Hwy #22, Laguna Beach, CA 92651-6994 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2025           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 1

**FILED & ENTERED**

FEB 03 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

In re:

Coast Highway Ramfared Trust,

Debtor(s).

Case No.: 8:25-bk-10282-SC

CHAPTER 7

**ORDER DIRECTING PETITIONING CREDITIOR TO APPEAR AND SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED**

Date:       February 13, 2025
Time:      11:00 a.m.
Courtroom: 5C

An involuntary petition was filed against Coast highway Ranfared Trust (the "Alleged Debtor") on January 31, 2025. The involuntary petition indicates that the Alleged Debtor is a "trust." Generally, a non-business trust is not eligible to be a debtor in bankruptcy. *See, e.g., Hunt v. TRC Props., Inc., (In re Hunt),* 160 B.R. 131, 135 (9th Cir. BAP 1993). This is the second involuntary petition filed against the Alleged Debtor The first was filed on January 3, 2025, as Case No. 8:23-bk-10013-SC, and dismissed by an order entered January 14, 2025, as Docket 8 in Case No. 8:23-bk-10013-SC.

-1-

Accordingly, the Court finds good cause to require the petitioning creditor, Andy Andalibian ("Petitioning Creditor"), to appear on February 13, 2025, at 11:00 a.m. and show cause why the involuntary petition should not be dismissed as the Alleged Debtor does not appear to be eligible to be a debtor. A response to this order demonstrating why the Alleged Debtor is eligible to be a debtor in a chapter 7 proceeding and supported by admissible evidence must be filed by no later than 1:00 p.m. on February 10, 2025.

**If a response is not timely filed, or a response is filed, but the Petitioning Creditor does not appear at the hearing, the involuntary petition will be dismissed without further notice or hearing.**

IT IS SO ORDERED.

Date: February 3, 2025

Scott C. Clarkson
United States Bankruptcy Judge

-2-

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (specify) ORDER DIRECTING PETITIONING CREDITIOR TO APPEAR AND SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

SERVED BY THE COURT A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Petitioning Creditor
Andy Andalibian
PO Box 9933
Newport Beach, CA 92660