1  DARLENE C. VIGIL
   CA NO. 223442
2  BARRETT DAFFIN FRAPPIER
   TREDER & WEISS, LLP
3  3990 E. CONCOURS STREET SUITE 350
   ONTARIO, CA 91764
4  Phone: (626) 915-7000, Fax: (972) 661-7726
5  E-mail: CDCAECF@BDFGROUP.COM
   FILE NO. 10382869
6
7  Attorneys for Movant
   U.S. BANK NATIONAL ASSOCIATION,
8  NOT IN ITS INDIVIDUAL CAPACITY
   BUT SOLELY AS TRUSTEE ON BEHALF
9  OF GCAT 2022-NQM5 TRUST
10
11            UNITED STATES BANKRUPTCY COURT
       CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION
12

| In re:<br>COAST HIGHWAY RAMFARED TRUST,<br>*dba Ramin Monfared*<br><br><br><br>Debtor. | CASE NO.:    8:25-bk-10282-SC<br>CHAPTER:    7<br><br>**AMENDED NOTICE OF HEARING<br>ON MOTION FOR RELIEF FROM<br>THE AUTOMATIC STAY**<br><br>DATE:       March 5, 2025<br>TIME:       10:00 am<br>PLACE:     Courtroom 5C<br>               411 West Fourth Street<br>               Santa Ana, CA 92701 |

TO ALL INTERESTED PARTIES ENTITLED TO NOTICE:

PLEASE TAKE NOTICE that the hearing on Movant U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF GCAT 2022-NQM5 TRUST's Motion for Relief from the Automatic Stay filed on February 10, 2025 as Docket No. 9 in the above-captioned matter will be heard before the Honorable SCOTT C. CLARKSON, on **March 5, 2025 at 10:00 am** in Courtroom 5C of the United States

1    Bankruptcy Court for the Central District of California, located at 411 West Fourth Street, Santa Ana,

2    CA 92701.

3

4

                                         BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP

5    DATE: February 11, 2025            By:     /s/ Darlene C. Vigil

6                                            DARLENE C. VIGIL
Attorneys for Movant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3990 E. CONCOURS STREET SUITE 350, ONTARIO, CA 91764

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/11/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

U.S. Trustee/(Santa Ana ): ustpregion16sa.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 2/11/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Judge Hon. Scott C. Clarkson, U.S. Bankruptcy Court, 411 West Fourth Street, Suite 5130, Santa Ana, CA 92701
Debtor: Coast Highway Ramfared Trust, 31423 Coast Hwy #22, Laguna Beach, CA 92651
Mortgagor: Ramin Monfared, 31423 Coast Highway #22, Laguna Beach, CA 92651
Petitioning Creditor: Andy Andalibian, PO Box 9933, Newport Beach, CA 92660
Interested Party:  Ramin Monfared, Trustee of the Coast Highway Ramfared Trust dated November 28, 2022,
    31423 Coast Hwy #22, Laguna Beach, CA 92651
Interested Party:  Ramin Monfared, as Trustee of the Ramin Monfared Trust dated December 9, 2021, 31423 Coast Hwy
    #22, Laguna Beach, CA 92651
Interested Party:  Greg Tonkinson, Trustee of the Coast Highway Ramfared Trust, 31423 Coast Hwy #22, Laguna Beach,
    CA 92651

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 2/11/2025 | DARLENE C. VIGIL | /s/ Darlene C. Vigil |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**