1  Party name, Address, Telephone &
   Fax Nos & Email Address:
2
3  Coast Highway Ramfared Trust
   31423 Coast Highway #22
4  Laguna beach, CA 92651

**FILED**
FEB 13 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.: 8:25-BK-10282-SC |
| | Chapter: 7 |
| Debtor(s), | Title: MOTION TO HOLD NEWREZ LLC dba SHELLPOINT MORTGAGE SERVISING and/or BARRETT DAFFIN FRAPPIER TREDER & WEISS LLP and/or AUCTION.COM LLC, IN CONTEMPT FOR VIOLATING THE AUTOMATIC STAY |
| Coast Highway Ramfared Trust | |
| | ☐ NO HEARING<br>☐ HEARING<br><br>DATE:<br>TIME:<br>COURT ROOM:<br>PLACE:  411 W FORTH STREET<br>         SANTA ANA, CA 92701 |

I, Andy Andalibian, a beneficiary of Coast Highway Ramfared Trust, In Pro Per, respectfully submits this motion to request that the Court find Newrez LLC dba Shellpoint Mortgage Servicing, a creditor and secured party, Barrett Daffin Frappier & Weiss LLP and/or Auction.com LLC in contempt of court for willfully violating the automatic stay under 11 U.S.C. § 362, following the filing of a non-voluntary, non-individual Chapter 7 bankruptcy petition. In support of this motion, the Movant states as follows:

1. BACKGROUND AND PROCEDURAL HISTORY

1.1. On January 31st, 2025, I, Andy Andalibian, a beneficiary of Coast Highway Ramfared Trust, filed a non-voluntary, non-individual Chapter 7 bankruptcy petition under Title 11 of the United States Bankruptcy Code, triggering the automatic stay under 11 U.S.C. § 362. The bankruptcy petition was filed by Andy Andalibian, and the

TITLE: - 1

automatic stay immediately went into effect protecting the Coast Highway Ramfared Trust and its sole real estate asset.

1.2. Newrez LLC dba Shellpoint Mortgage Servicing is a creditor of the Debtor, holding a secured claim against property located at 31423 Coast Highway, #22, Laguna Beach, CA 92651, which is held by the trust. Prior to the filing of the Chapter 7 petition, Newrez LLC dba Shellpoint Mortgage Servicing had initiated foreclosure proceedings on the property.

1.3. Despite the filing of the bankruptcy petition and the imposition of the automatic stay, Newrez LLC dba Shellpoint Mortgage Servicing continued with foreclosure actions on the property, including emailing and marketing a foreclosure event for this property to be held on February 3rd, 2025 and continued its legal action ignoring the bankruptcy filing. These actions were taken despite the fact that the automatic stay had been imposed to prevent any further creditor actions.

1.4. The Movant, as a beneficiary of the trust, brings this motion to hold Newrez LLC dba Shellpoint Mortgage Servicing in contempt for violating the automatic stay and to seek appropriate sanctions for the harm caused by these actions.

2. VIOLATION OF THE AUTOMATIC STAY

2.1. The automatic stay provided by 11 U.S.C. § 362(a) immediately goes into effect upon the filing of a bankruptcy petition and prohibits, among other things, all collection actions, including foreclosure, by creditors against the debtor or the debtor's property.

2.2. Newrez LLC dba Shellpoint Mortgage Servicing had knowledge of the bankruptcy filing and the automatic stay, as the lender was notified of the bankruptcy filing on January 31st, 2025 via mail and confirmed electronic notice.

2.3. Despite this knowledge, Newrez LLC dba Shellpoint Mortgage Servicing willfully violated the automatic stay by continuing foreclosure actions on the property located at 31423 Coast Highway, #22, Laguna Beach, CA 92651. Specifically, Newrez LLC dba Shellpoint Mortgage Servicing through its Trustee, Barrett Daffin Frappier & Weiss LLP and Auction.com LLC advertised, sent notifications, marketed and held an in-person and online foreclosure auction, actions which are clearly prohibited under the Bankruptcy Code.

2.4. The lender's actions were willful, as they disregarded the clear legal protections granted under the automatic stay and the Bankruptcy Code.

3. LEGAL STANDARD FOR FINDING CONTEMPT

3.1. Under 11 U.S.C. § 362(k), a creditor who willfully violates the automatic stay may be held in contempt by the Court. In order to find a creditor in contempt for violating the automatic stay, the following elements must be established:

- The creditor had knowledge of the bankruptcy filing and the automatic stay;
- The creditor willfully took actions that violated the automatic stay;

TITLE: - 2

- The creditor's actions were not the result of mistake or inadvertence, but were intentional and deliberate.

3.2. In this case, Newrez LLC dba Shellpoint Mortgage Servicing, its Trustee, Barrett Daffin Frappier & Weiss LLP and its agent Auction.com LLC had knowledge of the bankruptcy filing and the automatic stay because they were notified of the petition. Despite this knowledge, Newrez LLC dba Shellpoint Mortgage Servicing, its Trustee, Barrett Daffin Frappier & Weiss LLP and its agent Auction.com LLC continued with foreclosure actions on the property, constituting a willful violation of the automatic stay.

3.3. The Movant respectfully asserts that the lender's actions were willful and deliberate, and that they knowingly violated the protections afforded by the Bankruptcy Code to the trust and its beneficiaries.

4. REQUEST FOR SANCTIONS AND RELIEF

4.1. As a result of the willful violation of the automatic stay, the Movant respectfully requests that this Court find Newrez LLC dba Shellpoint Mortgage Servicing, its Trustee, Barrett Daffin Frappier & Weiss LLP and its agent Auction.com LLC in contempt of court for violating the automatic stay under 11 U.S.C. § 362.

4.2. The Movant further requests that this Court impose sanctions on Newrez LLC dba Shellpoint Mortgage Servicing, its Trustee, Barrett Daffin Frappier & Weiss LLP and its agent Auction.com LLC including but not limited to:

- Compensatory damages to the trust for any harm caused by the violation of the automatic stay, including potential loss of property, financial harm, emotional distress, or other harm sustained by the trust or its beneficiaries.
- Punitive damages, in order to deter future violations of the automatic stay by Newrez LLC dba Shellpoint Mortgage Servicing, its Trustee, Barrett Daffin Frappier & Weiss LLP and its agent Auction.com LLC or other creditors.
- Reimbursement of the Movant's attorney's fees and/or costs incurred in bringing this motion.
- Any other relief the Court deems appropriate to address the violation and restore the status quo.

5. CONCLUSION

5.1. Based on the foregoing, the Movant respectfully requests that the Court:

1. Find Newrez LLC dba Shellpoint Mortgage Servicing, its Trustee, Barrett Daffin Frappier & Weiss LLP and its agent Auction.com LLC in contempt of court for violating the automatic stay under 11 U.S.C. § 362;
2. Award compensatory damages, punitive damages, and attorney's fees as set forth above;
3. Grant any other relief the Court deems just and proper.

WHEREFORE, the Movant respectfully requests that this Court issue an order:

1. Finding Newrez LLC dba Shellpoint Mortgage Servicing, its Trustee, Barrett Daffin Frappier & Weiss LLP and its agent Auction.com LLC in contempt of court for willfully violating the automatic stay;

TITLE: - 3

2. Awarding compensatory and punitive damages as outlined above;

3. Reimbursing the Movant for attorney's fees and costs incurred in filing this motion;

4. Granting any other relief the Court deems just and proper.

Respectfully submitted,

Andy Andalibian, In Pro per

P.O. Box 9933

Newport Beach, CA 92660

Beneficiary of Coast Highway Ramfared Trust

31423 Coast Highway #22

Laguna Beach, CA 92651

Certificate of Service

I, Andy Andalibian, hereby certify that a true and correct copy of this Motion was served upon all parties in interest by First-class mail, Registered Mail and Direct email on February 13th, 2025.

Dated this 13th day of February 2025.

Andy Andalibian, In Pro Per

TITLE: - 4