DARLENE C. VIGIL
CA NO. 223442
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
3990 E. CONCOURS STREET, SUITE 350
ONTARIO, CA 91764
Phone: (626) 371-7000, Fax: (972) 661-7726
E-mail: cdcaecf@bdfgroup.com
File No. 10382869

Attorneys for Movant
U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF GCAT 2022-NQM5 TRUST

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>COAST HIGHWAY RAMFARED TRUST,<br>*dba Ramin Monfared*<br><br><br><br><br><br>Debtor. | CASE NO.:    8:25-bk-10282-SC<br><br>CHAPTER:    7<br><br>NOTICE OF INTENTION TO PROCEED TO HEARING ON IN REM MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED ON FEBRUARY 10, 2025<br><br>HEARING:<br>DATE:    March 5, 2025<br>TIME:    10:00 a.m.<br>CTRM:    5C |

TO:    ALL INTERESTED PARTIES ENTITLED TO NOTICE:

PLEASE TAKE NOTICE that Movant U.S. Bank National Association, Not in Its Individual Capacity But Solely as Trustee on Behalf of GCAT 2022-NQM5 Trust ("U.S. Bank") intends to proceed to hearing on its In Rem Motion for Relief from the Automatic Stay filed on February 10, 2025

1
NOTICE

as Docket No. 9 ("MFR") notwithstanding the dismissal of the underlying case on February 13, 2025. U.S. Bank's MFR includes a request for in rem relief pursuant to 11 U.S.C. §362(d)(4) in addition to a request for annulment of the automatic stay .

PLEASE TAKE FUTHER NOTICE that the hearing on U.S. Bank's MFR is scheduled for March 5, 2025 at 10:00 a.m. in Courtroom 5C of the above-entitled court located at 411 West Fourth Street, Santa Ana, CA 92701.

BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP

Dated: February 13, 2025         By:    /s/ Darlene C. Vigil
DARLENE C. VIGIL
Attorneys for Movant
U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF GCAT 2022-NQM5 TRUST

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3990 E. Concours Street, Suite 350, Ontario, CA 91764

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF INTENTION TO PROCEED TO HEARING ON IN REM MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED ON FEBRUARY 10, 2025** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/13/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (SA): ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 2/13/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Hon. Scott C. Clarkson, U.S. Bankruptcy Court, 411 West Fourth Street, Suite 5130, Santa Ana, CA 92701-4593
Debtor: Coast Highway Ramfared Trust, 31423 Coast Hwy #22, Laguna Beach, CA 92651
Mortgagor: Ramin Monfared, 31423 Coast Highway #22, Laguna Beach, CA 92651
Petitioning Creditor: Andy Andalibian, PO Box 9933, Newport Beach, CA 92660
Interested Party: Ramin Monfared, Trustee of the Coast Highway Ramfared Trust dated November 28, 2022, 31423 Coast Hwy #22, Laguna Beach, CA 92651
Interested Party: Ramin Monfared, as Trustee of the Ramin Monfared Trust dated December 9, 2021, 31423 Coast Hwy #22, Laguna Beach, CA 92651
Interested Party, Greg Tonkinson, Trustee of the Coast Highway Ramfared Trust, 31423 Coast Hwy #22, Laguna Beach, CA 92651

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/13/2025 | DARLENE VIGIL | /s/ Darlene Vigil |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**