

**FILED & ENTERED**

**FEB 18 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Coast Highway Ramfared Trust,<br><br>Debtor(s). | Case No.: 8:25-bk-10282-SC<br><br>CHAPTER 7<br><br>**ORDER DISMISSING CASE**<br><br>Date:       February 13, 2025<br>Time:       11:00 AM<br>Courtroom: 5C |

On February 13, 2025, the Court held a hearing on its order directing the petitioning creditor, Andy Andalibian, to appear and show cause why the case should not be dismissed, issued February 3, 2025 [Dk. 4] ("OSC"). Mr. Andalibian appeared, pro se, and engaged in a discussion with the Court on the record.

The Court, having considered the OSC, the docket as a whole, and the discussion with Mr. Andalibian on the record, finds good cause to dismiss this case for the reasons stated on the record. All hearings are vacated.

**IT IS SO ORDERED.**

Date: February 18, 2025

Scott C. Clarkson
United States Bankruptcy Judge

-1-