

FILED & ENTERED

FEB 24 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Coast Highway Ramfared Trust,<br><br><br><br><br>Debtor(s). | Case No.: 8:25-bk-10282-SC<br><br>CHAPTER 7<br><br>**ORDER GRANTING REQUEST TO RESTORE MOTION FOR RELIEF FROM STAY TO MARCH 5 CALENDAR**<br><br>Date:        March 5, 2025<br>Time:        10:00 AM<br>Courtroom:  5C |

The Court has considered the Request to Restore Motion for Relief from the Automatic Stay to the Court's March 5, 2025 Calendar, filed February 20, 2025 [Dk. 22], and, having reviewed the docket as a whole, and noting that an opposition was filed, hereby GRANTS the request. The matter will be restored to the calendar and heard by the Court on March 5, 2025 at 10:00 a.m.

**IT IS SO ORDERED.**

Date: February 24, 2025

Scott C. Clarkson
United States Bankruptcy Judge