United States Bankruptcy Court

Central District of California

In re: Case No. 25-10282-SC

Coast Highway Ramfared Trust   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 1
Date Rcvd: Feb 24, 2025     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Coast Highway Ramfared Trust, 31423 Coast Hwy #22, Laguna Beach, CA 92651-6994 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Darlene C Vigil | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee on behalf of GCAT 2022-NQM5 Trust cdcaecf@bdfgroup.com |
| Edward A Treder | on behalf of Interested Party Courtesy NEF cdcaecf@bdfgroup.com |
| Michael R Totaro | on behalf of Debtor Coast Highway Ramfared Trust Ocbkatty@aol.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 4

**FILED & ENTERED**

FEB 24 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Coast Highway Ramfared Trust,<br><br><br>Debtor(s). | Case No.: 8:25-bk-10282-SC<br><br>CHAPTER 7<br><br>**ORDER GRANTING REQUEST TO RESTORE MOTION FOR RELIEF FROM STAY TO MARCH 5 CALENDAR**<br><br>Date:        March 5, 2025<br>Time:        10:00 AM<br>Courtroom:  5C |

The Court has considered the Request to Restore Motion for Relief from the Automatic Stay to the Court's March 5, 2025 Calendar, filed February 20, 2025 [Dk. 22], and, having reviewed the docket as a whole, and noting that an opposition was filed, hereby GRANTS the request. The matter will be restored to the calendar and heard by the Court on March 5, 2025 at 10:00 a.m.

**IT IS SO ORDERED.**

Date: February 24, 2025

*Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

-1-