Michael R. Totaro 102229
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272
310 804 2157
Ocbkatty@aol.com

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

|  |  |
|---|---|
| COAST HIGHWAY RAMFARED TRUST,<br><br>Debtor, | Chapter 7<br><br>Case No: **8:25-bk-10282-SC**<br><br>Second Supplement to Opposition to Motion to Annul the Automatic Stay: Declaration of Andy Andalibian in Support thereof<br><br>Dated: March 27, 2025<br>Time: 11:00 a.m.<br> Ctr.   Virtual 5C<br>Place: 411 W. Fourth St Santa Ana, Ca<br>           92701 |

I, Andy Adnalibian, declare:

1. I am the beneficiary of the trust which is the alleged Debtor in the within matter. As such I have personal knowledge of the following facts and if called to testify I could and would competently testify thereto.

2. On January 31, 2025 at approximately 12:29:45 p.m. I filed an Involuntary Chapter 7 case against the Debtor. (Doc. # 1) Thereafter I began to notify the trustee of the bankruptcy filing to stop any foreclosure. My email is lvamgmt@gmail.com.

3. At 3:21 p.m. I forwarded proof of the bankruptcy filing to the following emails: Had@bdrfroup.com, cahad@bdfgroup.com and Edwardt@bdfgroup.com, and loanservicing@newrez.com. *See bottom portion of* Exhibit 1 attached hereto and incorporated herein by reference. In that email I identified the correct TS number, the loan number, the property address, the APN number, the bankruptcy case number and the filing date. I cannot imagine how much more I could have told them.

4.  Since this occurred on a Friday late in the afternoon, I was not able to reach anyone until Monday February 3rd, 2025.

5.  Starting at 7:44 a.m. on Monday, February 3, 2025, I called both numbers for Auction.com, 800 280-2832 and 800 793-6107 which is the number I have used to reach the Barrett firm. I don't recall which of the two numbers transferred me but one did and the other just told me it was being reviewed. When they transferred the call it was to the Barrett law firm which was acting in their trustee capacity. *See* Exhibit 2 attached hereto and incorporated herein by reference.

6.  At 7:43 am and 8:41 I was able to contact the Barett firm directly. *See* Exhibit 3, p. 3, (Yellow Lines), attached hereto and incorporated herein by reference. I also called them at 10:32 am. Exhibit 2, p. 1 (Yellow Line). Also, as the blue and green lines show I continually tried to reach the Barret firm through Auction.com.

6.  One minute later, at 10:23 am, the sale was temporarily put on hold. *See* Exhibit 4 attached hereto and incorporated herein by reference.

7.  In addition to the above I had an Ricardo D. Delariva attempt to reach the firm. His email is the mymail2440@gmail.com. Unfortunately he put in incorrect TS number in the subject line, leaving off the last number, however, he did attach the bankruptcy notice to his emails sent both on January 31, 2025 at 3:18 pm and February 3, 2025 at 9:13 am. *See* Exhibit 5, attached hereto and incorporated herein by reference.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 11, 2025, at Laguna Beach, California.

Andy Andalibian

2

**EXHIBIT 1**

Subject: Fwd: Notice to Lender n Trustee 1/31/25 BK filing
Date: 3/6/2025 3:07:58 AM Pacific Standard Time
From: lvamgmt@gmail.com
To: mtotaro@aol.com

Begin forwarded message:

> From: LVA Mgmt <lvamgmt@gmail.com>
> Date: February 19, 2025 at 1:27:58 PM PST
> To: Michael Totaro <mtotaro@aol.com>
> Subject: Fwd: Notice to Lender n Trustee 1/31/25 BK filing
>
>> Begin forwarded message:
>>
>> From: LVA MGMT <lvamanagement@yahoo.com>
>> Subject: Foreclosure 10110781 02/03/25 8:25-BK-10282-SC *STOP SALE*
>> Date: January 31, 2025 at 3:21:07 PM PST
>> To: edwardt@bdfgroup.com
>> Cc: "loanservicing@newrez.com" <loanservicing@newrez.com>, had@bdfgroup.com, cahad@bdfgroup.com
>>
>> Please be on notice of the case filled in Orange County Bankrupcy Court 8:25-BK-10282-SC by Andy Andalibian regarding the property listed below scheduled for auction
>>
>> Newrez LLC, Shellpoint Mortgage Servicing
>>
>> Barrett Daffin Frappier Treder & Weiss LLP
>>
>> | | |
>> |---|---|
>> | TS No | 00000010110781 |
>> | Loan No | 0676202559, borrower Ramin Monfared |
>> | Property | 31423 S. Coast Highway #22 Laguna Beach, CA 92651 |
>> | APN | 931-68-231 |
>> | Bk | 8:25-bk-10282-SC |
>> | Filed Date | 01/31/2025 |

Exhibit 1
4

Served Date    01/31/2025

Served via email by Andy Andalibian and/or process server

Exhibit 1

**EXHIBIT 2**



Exhibit 2

7



Exhibit 2

8

**EXHIBIT 3**

AT&T
Phone Number: 71488_ _
Bill Cycle: Jan 07, 2025 - Feb 06, 2025
Total Charges: $0

Barrell Daffin Frappier
Treder & Weiss, LLP
Call List

| Incoming/Outgoing | Date | Time | Contact | Location |
|---|---|---|---|---|
| OUTGOING | Feb 06, 2025 | 11:01 pm | | Ontario, CA |
| OUTGOING | Feb 06, 2025 | 11:00 pm | | Ontario, CA |
| OUTGOING | Feb 06, 2025 | 10:46 pm | | Ontario, CA |
| OUTGOING | Feb 06, 2025 | 10:06 pm | | Ontario, CA |
| OUTGOING | Feb 06, 2025 | 10:03 pm | | Ontario, CA |
| OUTGOING | Feb 06, 2025 | 10:01 pm | | Ontario, CA |
| OUTGOING | Feb 06, 2025 | 9:56 pm | | Sadlebkvly, CA |
| OUTGOING | Feb 06, 2025 | 9:11 pm | | Ontario, CA |
| OUTGOING | Feb 06, 2025 | 9:10 pm | | Sadlebkvly, CA |
| OUTGOING | Feb 06, 2025 | 8:45 pm | | Culvercity, CA |
| INCOMING | Feb 06, 2025 | 8:40 pm | | Incoming |
| INCOMING | Feb 06, 2025 | 8:24 pm | | Incoming |
| INCOMING | Feb 06, 2025 | 7:40 pm | | Incoming |
| OUTGOING | Feb 06, 2025 | 7:38 pm | | Vallejo, CA |
| OUTGOING | Feb 06, 2025 | 7:37 pm | | Culvercity, CA |
| OUTGOING | Feb 06, 2025 | 7:37 pm | | Vallejo, CA |
| OUTGOING | Feb 06, 2025 | 7:36 pm | | Vallejo, CA |
| OUTGOING | Feb 06, 2025 | 6:58 pm | | Newportbch, CA |
| INCOMING | Feb 06, 2025 | 6:51 pm | | Call Wait |
| OUTGOING | Feb 06, 2025 | 6:46 pm | | Newportbch, CA |
| INCOMING | Feb 06, 2025 | 6:31 pm | | Call Wait |
| INCOMING | Feb 06, 2025 | 6:26 pm | | Incoming |
| INCOMING | Feb 06, 2025 | 6:26 pm | | Incoming |
| INCOMING | Feb 06, 2025 | 6:24 pm | | Incoming |
| INCOMING | Feb 06, 2025 | 5:55 pm | | Call Wait |
| OUTGOING | Feb 06, 2025 | 5:52 pm | | Ontario, CA |
| OUTGOING | Feb 06, 2025 | 5:52 pm | | Ontario, CA |
| OUTGOING | Feb 06, 2025 | 5:51 pm | | Ontario, CA |
| OUTGOING | Feb 06, 2025 | 5:51 pm | | Ontario, CA |
| OUTGOING | Feb 06, 2025 | 5:42 pm | | Ontario, CA |
| INCOMING | Feb 06, 2025 | 5:11 pm | | Call Wait |
| OUTGOING | Feb 06, 2025 | 4:59 pm | | Toll Free |
| OUTGOING | Feb 06, 2025 | 4:58 pm | | Toll Free |
| OUTGOING | Feb 06, 2025 | 4:57 pm | | Toll Free |
| OUTGOING | Feb 06, 2025 | 4:44 pm | | Ontario, CA |
| OUTGOING | Feb 06, 2025 | 4:28 pm | | Capstr Vly, CA |
| OUTGOING | Feb 06, 2025 | 4:25 pm | | Toll Free |

Exhibit 3
10

| | | | | |
|---|---|---|---|---|
| INCOMING | Feb 03, 2025 | 2:10 pm | | Incoming |
| INCOMING | Feb 03, 2025 | 2:09 pm | | Incoming |
| OUTGOING | Feb 03, 2025 | 2:04 pm | | Sndg Sndg, CA |
| INCOMING | Feb 03, 2025 | 2:00 pm | | Incoming |
| OUTGOING | Feb 03, 2025 | 1:54 pm | | Culvercity, CA |
| OUTGOING | Feb 03, 2025 | 1:34 pm | | Anaheim, CA |
| OUTGOING | Feb 03, 2025 | 1:32 pm | | Vallejo, CA |
| OUTGOING | Feb 03, 2025 | 1:29 pm | | Vallejo, CA |
| OUTGOING | Feb 03, 2025 | 1:24 pm | | Sadlebkvly, CA |
| OUTGOING | Feb 03, 2025 | 1:04 pm | | Vallejo, CA |
| OUTGOING | Feb 03, 2025 | 1:04 pm | | Vallejo, CA |
| INCOMING | Feb 03, 2025 | 12:46 pm | | Incoming |
| OUTGOING | Feb 03, 2025 | 12:33 pm | | Losangeles, CA |
| INCOMING | Feb 03, 2025 | 12:13 pm | | Incoming |
| OUTGOING | Feb 03, 2025 | 12:11 pm | | Anaheim, CA |
| OUTGOING | Feb 03, 2025 | 11:49 am | | Losangeles, CA |
| INCOMING | Feb 03, 2025 | 11:43 am | | Call Wait |
| INCOMING | Feb 03, 2025 | 11:43 am | | Call Wait |
| OUTGOING | Feb 03, 2025 | 11:38 am | | Losangeles, CA |
| OUTGOING | Feb 03, 2025 | 11:36 am | | Sadlebkvly, CA |
| OUTGOING | Feb 03, 2025 | 11:35 am | | Losangeles, CA |
| OUTGOING | Feb 03, 2025 | 11:32 am | | Ontario, CA |
| INCOMING | Feb 03, 2025 | 11:29 am | | Incoming |
| OUTGOING | Feb 03, 2025 | 11:24 am | | Sadlebkvly, CA |
| OUTGOING | Feb 03, 2025 | 11:21 am | | Brbn Brbn, CA |
| OUTGOING | Feb 03, 2025 | 11:16 am | | Anaheim, CA |
| INCOMING | Feb 03, 2025 | 11:08 am | 800.793.6107 | Incoming |
| INCOMING | Feb 03, 2025 | 11:06 am | | Call Wait |
| OUTGOING | Feb 03, 2025 | 11:03 am | 800.280.2832 | Toll Free |
| OUTGOING | Feb 03, 2025 | 10:53 am | | Cov-baldpk, CA |
| OUTGOING | Feb 03, 2025 | 10:43 am | | Vallejo, CA |
| OUTGOING | Feb 03, 2025 | 10:32 am | 866.795.1852 | Toll Free |
| INCOMING | Feb 03, 2025 | 10:28 am | 800.793.6107 | Incoming |
| OUTGOING | Feb 03, 2025 | 10:20 am | | Losangeles, CA |
| OUTGOING | Feb 03, 2025 | 10:18 am | 800.280.2832 | Toll Free |
| INCOMING | Feb 03, 2025 | 10:15 am | 800.793.6107 | Incoming |
| OUTGOING | Feb 03, 2025 | 10:10 am | 800.280.2832 | Toll Free |
| INCOMING | Feb 03, 2025 | 9:33 am | 800.793.6107 | Incoming |
| OUTGOING | Feb 03, 2025 | 9:28 am | 800.280.2832 | Toll Free |
| OUTGOING | Feb 03, 2025 | 9:27 am | 800.793.6107 | Toll Free |
| OUTGOING | Feb 03, 2025 | 9:26 am | 800.793.6107 | Toll Free |
| OUTGOING | Feb 03, 2025 | 9:24 am | 800.793.6107 | Toll Free |
| OUTGOING | Feb 03, 2025 | 8:23 am | | Ontario, CA |

Exhibit 3
11

| Direction | Date | Time | Number | Location/Type |
|---|---|---|---|---|
| INCOMING | Feb 03, 2025 | 8:21 am | | Call Wait |
| INCOMING | Feb 03, 2025 | 8:21 am | | Call Wait |
| INCOMING | Feb 03, 2025 | 8:21 am | 866.795.1852 | Incoming |
| INCOMING | Feb 03, 2025 | 7:57 am | 800.793.6107 | Incoming |
| OUTGOING | Feb 03, 2025 | 7:44 am | 800.280.2832 | Toll Free |
| OUTGOING | Feb 03, 2025 | 7:43 am | 866.795.1852 | Toll Free |
| INCOMING | Feb 02, 2025 | 8:34 pm | | Incoming |
| INCOMING | Feb 02, 2025 | 6:28 pm | | Incoming |
| OUTGOING | Feb 02, 2025 | 6:24 pm | | Culvercity, CA |
| OUTGOING | Feb 02, 2025 | 6:21 pm | | Culvercity, CA |
| OUTGOING | Feb 02, 2025 | 6:07 pm | | Culvercity, CA |
| INCOMING | Feb 02, 2025 | 5:49 pm | | Incoming |
| OUTGOING | Feb 02, 2025 | 5:49 pm | | Culvercity, CA |
| OUTGOING | Feb 02, 2025 | 5:47 pm | | Culvercity, CA |
| INCOMING | Feb 02, 2025 | 5:12 pm | | Incoming |
| INCOMING | Feb 02, 2025 | 4:11 pm | | Incoming |
| OUTGOING | Feb 02, 2025 | 4:08 pm | | Culvercity, CA |
| OUTGOING | Feb 02, 2025 | 4:07 pm | | Culvercity, CA |
| OUTGOING | Feb 02, 2025 | 3:33 pm | | Laguna Bch, CA |
| INCOMING | Feb 02, 2025 | 3:28 pm | | Incoming |
| OUTGOING | Feb 02, 2025 | 3:21 pm | | Culvercity, CA |
| OUTGOING | Feb 02, 2025 | 3:12 pm | | Vallejo, CA |
| INCOMING | Feb 02, 2025 | 2:55 pm | | Incoming |
| INCOMING | Feb 02, 2025 | 2:54 pm | | Incoming |
| OUTGOING | Feb 02, 2025 | 2:38 pm | | Culvercity, CA |
| OUTGOING | Feb 02, 2025 | 2:37 pm | | Vallejo, CA |
| INCOMING | Feb 02, 2025 | 12:18 pm | | Incoming |
| INCOMING | Feb 02, 2025 | 12:18 pm | | Incoming |
| INCOMING | Feb 02, 2025 | 12:17 pm | | Incoming |
| INCOMING | Feb 02, 2025 | 10:10 am | | Incoming |
| INCOMING | Feb 02, 2025 | 10:10 am | | Incoming |
| INCOMING | Feb 02, 2025 | 9:42 am | | Incoming |
| OUTGOING | Feb 02, 2025 | 8:34 am | | Culvercity, CA |
| OUTGOING | Feb 01, 2025 | 5:55 pm | | Culvercity, CA |
| OUTGOING | Feb 01, 2025 | 5:48 pm | | Vallejo, CA |
| OUTGOING | Feb 01, 2025 | 2:04 pm | | Irvine, CA |
| OUTGOING | Feb 01, 2025 | 1:47 pm | | Culvercity, CA |
| OUTGOING | Feb 01, 2025 | 1:31 pm | | Culvercity, CA |
| OUTGOING | Feb 01, 2025 | 1:28 pm | | Culvercity, CA |
| INCOMING | Feb 01, 2025 | 11:34 am | | Incoming |
| OUTGOING | Feb 01, 2025 | 11:23 am | | Vallejo, CA |
| OUTGOING | Feb 01, 2025 | 11:16 am | | Vallejo, CA |
| INCOMING | Feb 01, 2025 | 9:53 am | | Incoming |

Exhibit 3
12

**EXHIBIT 4**



Exhibit 4
14

**EXHIBIT 5**

CAUTION: This email is from outside of the company. Always use caution when opening attachments or clicking links from unknown senders or unexpected emails.

3rd time notifying Auction.com and its reps of a BK filing

It is an active and valid BK filed 1.31.25

---------- Forwarded message ---------
From: **Mr.** <mymail2440@gmail.com>
Date: Mon, Feb 3, 2025 at 9:13?AM
Subject: Fwd: Trustee #: 0000001011078 NOS 2.3.25 9am BK Attached
To: BDFTW Trustee <cahad@bdfgroup.com>, HAD BDF Law <had@bdfgroup.com>, <customerservice@auction.com>


Confirming you received a copy of this BK filing:


Thank you


---------- Forwarded message ---------
From: **Mr.** <mymail2440@gmail.com>
Date: Fri, Jan 31, 2025 at 3:18?PM
Subject: Trustee #: 0000001011078 NOS 2.3.25 9am BK Attached
To: HAD BDF Law <HAD@bdfgroup.com>, BDFTW Trustee <cahad@bdfgroup.com>, <customerservice@auction.com>

Please review BK


Thank you

Exhibit 5
16

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

P.O. Box 789, Pacific Palisades, CA 90272

A true and correct copy of the foregoing document entitled (*specify*): Supplemental Response to Motion for Annullment

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 12, 2025 the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On March 12, 2025 served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**COAST HIGHWAY RAMFARED TRUST,**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVEIY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 12, 2025 | Michael R. Totaro | /s/ Michael R. Totaro |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**Ecf Service**

- Edward A Treder   cdcaecf@bdfgroup.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- Darlene C Vigil   cdcaecf@bdfgroup.com

**Manual Service**

ANDY ANDALIBIAN
PO BOX 9933
NEWPORT BEACH CA 92660