DARLENE C. VIGIL
State Bar No. 223442
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
3990 E. Concours St., Suite 350
Ontario, California 91764
Phone: (626) 371-7000
Fax: (972) 661-7726
cdcaecf@bdfgroup.com
File No. 10382869

Attorneys for Movant
U.S. BANK NATIONAL ASSOCIATION, NOT IN
ITS CAPACITY BUT SOLELY AS TRUSTEE ON
BEHALF OF GCAT 2022-NQM5 TRUST

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>COAST HIGHWAY RAMFARED TRUST,<br>*dba Ramin Monfared*<br><br>Alleged Debtor. | CASE NO.:    8:25-bk-10282-SC<br><br>CHAPTER:    7<br><br>SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>HEARING:<br>DATE:    March 27, 2025<br>TIME:    11:00 a.m.<br>CTRM:    5C |

I. Erica D. Jones, declare as follows:

1.    I am an attorney at law duly licensed to practice in California. I am the Managing Attorney of California Foreclosure Operations for Barrett Daffin Frappier Treder & Weiss, LLP ("BDFTW"), a Texas-based law firm that provides default and foreclosure-related legal services to mortgage servicers and lenders with residential mortgage loans in California. Among other things, the firm handles nonjudicial foreclosure actions for its clients, acting as substitute trustee under deeds of trust securing residential mortgage loans. BDFTW was duly appointed as substitute trustee under the deed of trust held

1

by Movant U.S. Bank National Association, not in its individual capacity but solely as Trustee on behalf of GCAT 2022-NQM5 Trust ("U.S. Bank") in this matter.

2. I am familiar with the firm's policies, procedures, and foreclosure operations and have access to the proprietary case management system that the firm uses to process nonjudicial foreclosure actions. That system is a repository for all of the records, document images and electronic information created and stored by authorized users in the regular course and scope of the firm's business operations. The information stored in those records is updated at or near the time that the firm receives information and documents from its clients, vendors, borrowers and interested third parties. It is the firm's regular policy and procedure to document all incoming phone calls and email messages, including those concerning any bankruptcy filing or any other court ordered stay of our foreclosure action. Those entries are date and time stamped. Incoming email messages and notices are also imaged to the system.

3. I have reviewed the business records for a nonjudicial foreclosure action involving real property located at **31423 Coast Highway #22, Laguna Beach, CA 92651** ("Property"), which is identified in the firm's case management system as Trustee's Sale No. 00000010110781 (Monfared). My statements in this declaration are based upon my personal review of those business records.

4. The foreclosure sale was noticed for Monday, February 3, 2025 at 9:00 a.m. We sent initial bidding instructions to our auction vendor at 9:05 a.m. and gave final approval to proceed at 9:31 a.m. As of those times, there was no record in the firm's case management system of any phone calls, incoming emails or notices of bankruptcy filing affecting the foreclosure except for the prior bankruptcy (Case No. 25-bk-10013-SC), which had already been dismissed. It is the firm's regular policy and procedure to postpone foreclosure sales when we receive timely notice of a bankruptcy filing with sufficient time to verify and match the information to a pending sale.

5. Afterward, the firm's Homeowner Assistance Department (HAD) received an email message sent to a group inbox concerning the current bankruptcy filing. The HAD team forwarded the message to a supervisor for review. The email was sourced from an anonymous email account titled Mr.myemail2440@gmail.com and did not otherwise identify the sender by name. The message referenced an incorrect Trustee's Sale No. (1011078 not 10110781). The subject line did not specify a property address. The email included a copy of the two-page notice of bankruptcy filing for this case,

but the Alleged Debtor and the petitioning creditor were and are strangers to the loan. By the time the bankruptcy information was reviewed and verified, the auction had already been completed.

6. The firm's business records do not reflect that we received any telephone calls, other email messages, or any other communications that the foreclosure was stayed by the current bankruptcy case before we sold the Property at public auction.

7. To date, the firm has received multiple non-binding notices of intent to bid from persons or entities claiming to eligible bidders under Civ. Code § 2924m. The statutory deadline for receipt of overbids is Thursday, March 20, 2025 at 5:00 p.m. PDT.

8. I have personal knowledge of the foregoing facts, and if called as a witness, I would testify competently thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 13th day of March 2025 at Addison, Texas.

_____
ERICA D. JONES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3990 E. Concours Street, Suite 350, Ontario, CA 91764

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/13/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (SA): ustpregion16.sa.ecf@usdoj.gov
Attorney for Coast Highway Rambared Trust:  Michael R. Totaro  Ocbkatty@aol.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 3/13/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Hon. Scott C. Clarkson, U.S. Bankruptcy Court, 411 West Fourth Street, Suite 5130, Santa Ana, CA 92701-4593
Debtor: Coast Highway Ramfared Trust, 31423 Coast Hwy #22, Laguna Beach, CA 92651
Mortgagor: Ramin Monfared, 31423 Coast Highway #22, Laguna Beach, CA 92651
Petitioning Creditor: Andy Andalibian, PO Box 9933, Newport Beach, CA 92660
Interested Party:  Ramin Monfared, Trustee of the Coast Highway Ramfared Trust dated November 28, 2022, 31423 Coast Hwy #22, Laguna Beach, CA 92651
Interested Party:  Ramin Monfared, as Trustee of the Ramin Monfared Trust dated December 9, 2021, 31423 Coast Hwy #22, Laguna Beach, CA 92651
Interested Party, Greg Tonkinson, Trustee of the Coast Highway Ramfared Trust, 31423 Coast Hwy #22, Laguna Beach, CA  92651
Interested Party, Taylor Megdal, 9155 Warbler Pl., Los Angeles, CA 90069

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/13/2025 | DARLENE VIGIL | /s/ Darlene Vigil |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**