DARLENE C. VIGIL
State Bar No. 223442
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
3990 E. Concours St., Suite 350
Ontario, California 91764
Phone: (626) 371-7000
Fax: (972) 661-7726
cdcaecf@bdfgroup.com
File No. 10382869

Attorneys for Movant
U.S. BANK NATIONAL ASSOCIATION, NOT IN
ITS CAPACITY BUT SOLELY AS TRUSTEE ON
BEHALF OF GCAT 2022-NQM5 TRUST

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>COAST HIGHWAY RAMFARED TRUST,<br>*dba Ramin Monfared*<br><br><br>Alleged Debtor. | CASE NO.:    8:25-bk-10282-SC<br><br>CHAPTER:    7<br><br>DECLARATION OF EDWARD A. TREDER IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>HEARING:<br>DATE:    March 27, 2025<br>TIME:    11:00 a.m.<br>CTRM:    5C |

I. Edward A. Treder, declare as follows:

1.　　I am an attorney at law duly licensed to practice in all California state and federal courts. I am the managing partner of Barrett Daffin Frappier Treder & Weiss, LLP. My firm handles nonjudicial foreclosure matters on behalf of our mortgage servicing clients. I have reviewed our files and records for real property located at **31423 Coast Highway #22, Laguna Beach, CA 92651** ("Property"), including a foreclosure file known as Trustee's Sale No. 00000010110781 (Monfared). I have also reviewed the Declaration of Andy Andalibian filed on March 12, 2025 and the exhibits attached to his declaration.

1

2. I have no record of receiving the email message that Mr. Andalibian allegedly sent to me on Friday, January 31, 2025 at 3:21 p.m. PT concerning the current bankruptcy filing, a copy of which is attached to his declaration as Exhibit 1. Likewise, my firm has no record of receiving the email message on that date via the firm's Homeowner Assistance Department (HAD) group inbox. In any case, the firm's sales team is based in Addison, Texas. The time stamp on the email message was after the close of business on a Friday evening in the Central time zone. Mr. Andalibian admits at paragraph 4 of his declaration he " was not able to reach anyone until Monday February 3rd, 2025" because his email message was allegedly sent" on a Friday late in the afternoon."

3. The foreclosure sale was noticed for Monday, February 3, 2025 at 9:00 a.m. PT. It is the firm's regular policy and procedure to postpone foreclosure sales when we receive notice of a bankruptcy filing with sufficient time to verify and match the information to a pending sale. In this case, there is no record in the firm's case management system that we received any incoming phone calls, email messages or notices of the current bankruptcy filing in sufficient time to verify the information and stop the sale.

4. Two of the phone numbers listed in Mr. Andalibian's phone records (800-280-2832 and 800-793-6107) belong to our sale vendor, Auction.com. The calls to those phone numbers are highlighted in blue and green. Both numbers are answered by an automated system that requires the caller to listen to instructions and navigate a multi-level menu before connecting to a live representative. The process can take several minutes or longer depending on the volume of calls at any particular time. The relatively short duration of the calls reflected in those records suggest an plausible inference that Mr. Andalibian ended his calls and either redialed or called a different phone number without actually speaking to a live person. Contrary to Mr. Andalibian's statements, Auction.com does not have the ability to transfer calls to the law firm. We have an entirely separate and independent phone system.

5. There is one phone number listed in Mr. Andalibian's phone records (866-795-1852) that belongs to my firm. Mr. Andalibian's calls to that phone number on the morning of the sale are highlighted in yellow. The number is answered by an automated system that requires the caller to listen to instructions and navigate a multi-level menu before connecting to a live representative. The process can take several minutes or longer depending on the volume of calls at any particular time. Our phone system logs incoming phone calls and confirms whether the caller was connected to a live representative. The duration of his

first call at 7:43 a.m. PT was 00:00:20 (twenty seconds). The duration of his second call at 10:32 a.m. was 00:01:16 (one minute, sixteen seconds). In both instances, he was not connected to a live representative.

6. Exhibit 4 to his declaration is an automated text message from Auction.com. Registered users at that website can track status of pending sales and request automated text message alerts to monitor postponements and sale results. Mr. Andalibian's suggestion that the timing of that text message was the result of his incomplete phone call to my firm at 10:32 a.m. PT is completely false.

7. On the morning of the sale, the firm's Homeowner Assistance Department (HAD) did receive an email message sent to a group inbox concerning the current bankruptcy filing. The HAD team forwarded the message to a supervisor for review. The email was sourced from an anonymous email account titled Mr.myemail2440@gmail.com and did not otherwise identify the sender by name. Mr. Andalibian states in his declaration that the sender was Ricardo Delariva. The message referenced an incorrect Trustee's Sale No. (1011078 not 10110781). The subject line did not specify a property address. The email included a copy of the two-page notice of bankruptcy filing for this case, but the Alleged Debtor and the petitioning creditor were and are strangers to the loan. By the time the bankruptcy information was reviewed and verified, the auction had already been completed.

8. I have personal knowledge of the foregoing facts, and if called as a witness, I would testify competently thereto

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 13th day of March 2025 at Ontario, California.



_____
EDWARD A. TREDER

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3990 E. Concours Street, Suite 350, Ontario, CA 91764

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF EDWARD A. TREDER IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/13/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (SA): ustpregion16.sa.ecf@usdoj.gov
Attorney for Coast Highway Rambared Trust: Michael R. Totaro  Ocbkatty@aol.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 3/13/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Hon. Scott C. Clarkson, U.S. Bankruptcy Court, 411 West Fourth Street, Suite 5130, Santa Ana, CA 92701-4593
Debtor: Coast Highway Ramfared Trust, 31423 Coast Hwy #22, Laguna Beach, CA 92651
Mortgagor: Ramin Monfared, 31423 Coast Highway #22, Laguna Beach, CA 92651
Petitioning Creditor: Andy Andalibian, PO Box 9933, Newport Beach, CA 92660
Interested Party: Ramin Monfared, Trustee of the Coast Highway Ramfared Trust dated November 28, 2022, 31423 Coast Hwy #22, Laguna Beach, CA 92651
Interested Party: Ramin Monfared, as Trustee of the Ramin Monfared Trust dated December 9, 2021, 31423 Coast Hwy #22, Laguna Beach, CA 92651
Interested Party, Greg Tonkinson, Trustee of the Coast Highway Ramfared Trust, 31423 Coast Hwy #22, Laguna Beach, CA 92651
Interested Party, Taylor Megdal, 9155 Warbler Pl., Los Angeles, CA 90069

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/13/2025 | DARLENE VIGIL | /s/ Darlene Vigil |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**