DARLENE C. VIGIL
State Bar No. 223442
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
3990 E. Concours St., Suite 350
Ontario, California 91764
Phone: (626) 371-7000;
Fax: (972) 661-7726
cdcaecf@bdfgroup.com
File No. 10382869

Attorneys for Movant
U.S. BANK NATIONAL ASSOCIATION, NOT
IN ITS CAPACITY BUT SOLELY AS TRUSTEE
ON BEHALF OF GCAT 2022-NQM5 TRUST

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>COAST HIGHWAY RAMFARED TRUST,<br>*dba Ramin Monfared*<br><br><br><br>Alleged Debtor. | CASE NO.:      8:25-bk-10282-SC<br><br>CHAPTER:      7<br><br><br>STIPULATION TO CONTINUE HEARING<br>ON MOTION FOR RELIEF FROM THE<br>AUTOMATIC STAY<br><br><u>Current Hearing Date:</u><br>DATE:      March 27, 2025<br>TIME:      11:00 a.m.<br>CTRM:      5C<br><br><u>Proposed Continued Hearing Date</u><br>DATE:      April 23, 2025<br>TIME:      10:00 a.m.<br>CTRM:      5C |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE**

**OFFICE OF THE UNITED STATES TRUSTEE; AND PARTIES IN INTEREST:**

This Stipulation ("Stipulation") is entered into by and between Movant U.S. Bank National

Association, Not in its Capacity but Solely as Trustee on Behalf of GCAT 2022-NQM5 Trust ("U.S. Bank"),

by and through its attorneys of record, Darlene C. Vigil of Barrett Daffin Frappier Treder & Weiss, LLP,

and Alleged Debtor Coast Highway Ramfared Trust *dba Ramin Monfared*, ("Debtor") by and through its

attorneys of record, Michael Totaro of Totaro & Shanahan, LLP.

<u>RECITALS</u>

1.      On January 31, 2025, Petitioning Creditor Andy Andalibian ("Andalibian") commenced this involuntary Chapter 7 bankruptcy case against Alleged Debtor Coast Highway Ramfared Trust *dba Ramin Monfared* ("Debtor") in the United States Bankruptcy Court for the Central District of California, Santa Ana Division, Case No. 8:25-bk-10282-SC.

2.      On February 10, 2025, U.S. Bank filed a Motion for Relief from the Automatic Stay regarding real property known as **31423 Coast Highway #22, Laguna Beach, CA 92651** *[Docket No. 9]* ("Motion"). The Motion was set for hearing on March 5, 2025 at 10:00 a.m. The Motion includes a request under 11 U.S.C. § 362(d)(1) to annul the automatic stay nunc pro tunc to the petition filing date, or in the alternative, to terminate the automatic stay under 11 U.S.C. § 362(d)(4).

3.      On February 13, 2025 the Court dismissed the bankruptcy. On February 18, 2025, the Order of Dismissal was filed and entered vacating all hearings *[Docket No. 18]*.

4.      On February 19, 2025 Debtor filed opposition to the Motion *[Docket No. 19]*.

5.      On February 24, 2025, the Court restored the Motion to calendar *[Docket No. 26]*.

6.      On March 4, 2025 the Court issued its tentative ruling on the Motion continuing the hearing to **March 27, 2025 at 11:00 a.m.**  The tentative ruling advised U.S. Bank and Debtor (collectively "Parties") they may file supplemental pleadings by March 13, 2025.

7.      On March 12, 2025 Debtor filed its supplemental opposition *[Docket No. 35]* and on March 13, 2025 U.S. Bank filed the Supplemental Declaration of Erica Jones *[Docket No. 36]* and Declaration of Edward A. Treder in support of the Motion *[Docket No. 37]*.

8.      Before the filing of this case, on September 8, 2023, Borrower Ramin Monfared ("Borrower") filed a Complaint in the Orange County Superior Court, Case No. 23-01345894 entitled <u>Ramin Monfared v.</u> <u>Greg Tonkinson, Andy Andalibian, et al.</u> (the "State Court Action"). Borrower alleges that Andalibian conspired with Greg Tonkinson to defraud Borrower of his interest in the Property. Borrower recorded a Notice of Pendency of Action ("Lis Pendens") against the Property on September 8, 2023, as Instrument No. 2023000219074, Official Records of Orange County. On August 13, 2024, the State Court Action was consolidated with Orange County Superior Court, Case No. 30-2023-01341707-CU-OR-NJC, entitled <u>Zara Rezai v. Ramin Monfared</u> (the "Consolidated Action.") As

1   of the present date, the State Action is still pending.

2       9.    The Parties are discussing the terms of an amicable resolution to the Motion which

3   includes a global settlement of the Motion, the State Court Action and withdrawal of the Lis Pendens.

4       10.    The Parties have agreed to continue the hearing on the Motion to allow the Parties time

5   to negotiate and finalize a global settlement agreement which would amicably resolve the Motion.

6       11.    Therefore, if acceptable to the Court, the Parties have agreed to continue the hearing on

7   the Motion to **April 23, 2025, at 10:00 a.m.** or such other date and time convenient for the Court.

8   STIPULATION

9       NOW, THEREFORE, based upon the above recitals, and subject to Court approval of the

10  Stipulation, the Parties hereby stipulate and agree as follows:

11      1.    The hearing on the Motion shall be continued, if acceptable to the Court, from March 27,

12  2025, at 11:00 a.m. to April 23, 2025, at 10:00 a.m. , or to a date and time convenient for this Court.

13      2.    The hearing on the Motion currently set for March 27, 2025 at 11:00 a.m. shall be vacated.

14      IT IS SO STIPULATED.

15                                    BARRETT DAFFIN FRAPPIER
16                                    TREDER & WEISS, LLP

17  Dated: **3/24/25**          By:    **/s/ Darlene C. Vigil**
                                  DARLENE C. VIGIL, Attorneys for
18                                    Movant U.S. Bank National Association, Not in its
                                  Capacity but Solely as Trustee on Behalf of GCAT
19                                    2022-NQM5 Trust

20                                    TOTARO & SHANAHAN, LLP
21  Dated: 3-23-25          By:
22                                      MICHAEL R. TOTARO
                                  Attorneys for Alleged Debtor
23                                      Coast Highway Ramfared Trust
                                  *dba Ramin Monfared*

24

25

26

27

28

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3990 E. Concours Street, Suite 350, Ontario, CA 91764

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/24/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (SA):  ustpregion16.sa.ecf@usdoj.gov
Attorney for Coast Highway Rambared Trust:  Michael R. Totaro  Ocbkatty@aol.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  3/24/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Hon. Scott C. Clarkson, U.S. Bankruptcy Court, 411 West Fourth Street, Suite 5130, Santa Ana, CA 92701-4593
Debtor: Coast Highway Ramfared Trust, 31423 Coast Hwy #22, Laguna Beach, CA 92651
Mortgagor: Ramin Monfared, 31423 Coast Highway #22, Laguna Beach, CA 92651
Petitioning Creditor: Andy Andalibian, PO Box 9933, Newport Beach, CA 92660
Interested Party:  Ramin Monfared, Trustee of the Coast Highway Ramfared Trust dated November 28, 2022, 31423 Coast Hwy #22, Laguna Beach, CA 92651
Interested Party:  Ramin Monfared, as Trustee of the Ramin Monfared Trust dated December 9, 2021, 31423 Coast Hwy #22, Laguna Beach, CA 92651
Interested Party, Greg Tonkinson, Trustee of the Coast Highway Ramfared Trust, 31423 Coast Hwy #22, Laguna Beach, CA  92651
Interested Party, Taylor Megdal, 9155 Warbler Pl., Los Angeles, CA 90069

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 03/24/2025 | DARLENE VIGIL | /s/ Darlene Vigil |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**