| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DARLENE C. VIGIL<br>CA NO. 223442<br>BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP<br>3990 E. CONCOURS STREET, SUITE 350<br>ONTARIO, CA 91764<br>Phone: (626) 371-7000, Fax: (972) 661-7726<br>E-mail: CDCAECF@BDFGROUP.COM<br>FILE NO. 10382869<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Movant | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRIBUTION OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>COAST HIGHWAY RAMFARED TRUST,<br><br>*dba Ramin Monfared*<br><br><br><br><br><br>Debtor(s) | CASE NO.: 8:25-bk-10282-SC<br><br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: <u>STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u>** |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u> was lodged on (*date*) <u>    3/24/2025    </u> and is attached. This order relates to the motion which is docket number <u>   38   </u>.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　　　　　　　Page 1　　　　　　　　　　**F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

1  DARLENE C. VIGIL
   State Bar No. 223442
2  BARRETT DAFFIN FRAPPIER
   TREDER & WEISS, LLP
3  3990 E. Concours St., Suite 350
   Ontario, California 91764
4  Phone: (626) 371-7000;
   Fax: (972) 661-7726
5  cdcaecf@bdfgroup.com
   File No. 10382869

Attorneys for Movant
U.S. BANK NATIONAL ASSOCIATION, NOT IN
ITS CAPACITY BUT SOLELY AS TRUSTEE ON
BEHALF OF GCAT 2022-NQM5 TRUST

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re: | CASE NO.: 8:25-bk-10282-SC |
|---|---|
| COAST HIGHWAY RAMFARED TRUST, *dba Ramin Monfared* | CHAPTER: 7 |
| Alleged Debtor. | ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| | Current Hearing Date and Time: |
| | DATE: March 27, 2025 |
| | TIME: 11:00 a.m. |
| | CTRM: 5C |

The Court having reviewed and considered the stipulation ("Stipulation") to continue the hearing on Movant U.S. Bank National Association, Not in its Capacity but Solely as Trustee on Behalf of GCAT 2022-NQM5 Trust's Motion for Relief from the Automatic Stay ("Motion") filed on March 24, 2025, as Docket #38, and for good cause shown,

# EXHIBIT A

**IT IS ORDERED** that

1. The Stipulation is approved.

2. The hearing on the Motion currently set for March 27, 2025, at 11:00 a.m. is continued to April 23, 2025, at 10:00 a.m.

3. The hearing on the Motion currently set for March 27, 2025, at 11:00 a.m. is off calendar.

###

Date: _____

Scott C. Clarkson
United States Bankruptcy Judge

# EXHIBIT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3990 E. CONCOURS STREET SUITE 350, ONTARIO, CA 91764

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/24/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (SA): ustpregion16.sa.ecf@usdoj.gov
Attorney for Coast Highway Rambared Trust: Michael R. Totaro  Ocbkatty@aol.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __3/24/2025__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Hon. Scott C. Clarkson, U.S. Bankruptcy Court, 411 West Fourth Street, Suite 5130, Santa Ana, CA 92701-4593
Debtor: Coast Highway Ramfared Trust, 31423 Coast Hwy #22, Laguna Beach, CA 92651
Mortgagor: Ramin Monfared, 31423 Coast Highway #22, Laguna Beach, CA 92651
Petitioning Creditor: Andy Andalibian, PO Box 9933, Newport Beach, CA 92660
Interested Party: Ramin Monfared, Trustee of the Coast Highway Ramfared Trust dated November 28, 2022, 31423 Coast Hwy #22, Laguna Beach, CA 92651
Interested Party: Ramin Monfared, as Trustee of the Ramin Monfared Trust dated December 9, 2021, 31423 Coast Hwy #22, Laguna Beach, CA 92651
Interested Party, Greg Tonkinson, Trustee of the Coast Highway Ramfared Trust, 31423 Coast Hwy #22, Laguna Beach, CA 92651
Interested Party, Taylor Megdal, 9155 Warbler Pl., Los Angeles, CA 90069

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/24/2025 | DARLENE C. VIGIL | /s/ DARLENE C. VIGIL |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**